**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ARCHERY PRODUCTS
ANTITRUST LITIGATION

**MOTION TO TRANSFER AND CENTRALIZE THE MOVANT'S ACTION AND
THE RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED
PRETRIAL PROCEEDINGS**

Plaintiff, Shawn Butter ("Movant") respectfully moves, pursuant to 28 U.S.C. §1407, for an order transferring and centralizing the Movant's Action[1] and all currently filed Related Actions that allege an antitrust conspiracy between the Archery Trade Association ("ATA"), manufacturers, distributors, and retailers of archery products, and certain software companies for consolidated or coordinated pretrial proceedings before the Honorable Marilyn J. Horan of the Western District of Pennsylvania. In support of his motion Movant states:

1.      To date, seven class action complaints have been filed regarding an alleged conspiracy in the United States among the ATA, archery product manufacturers, distributors, and retailers and certain software companies to artificially increase, maintain or stabilize the retail price of archery products. As set forth in the accompanying Schedule of Related Actions, in addition to Movant's pending action in the Western District of Pennsylvania, one action is pending in the District of Utah, one action is pending in the Middle District of Tennessee, one action is pending in the Western District of Missouri, and three actions are pending in the District of Minnesota (collectively, all six cases pending in the jurisdictions other than the Western District of Pennsylvania are referred to herein as the "Related Actions").

---

[1] *Butter v. Archery Trade Ass'n, Inc. et al.*, No. 2:25-cv-01004-MJH (W.D. Pa.)

1

2.      Transfer and centralization of the Movant's Action and the Related Actions will further the goals of 28 U.S.C. §1407 by conserving judicial and party resources, reducing costs, and preventing inconsistent pretrial rulings.

3.      The Related Actions are in a similar procedural posture to the Movant's Action: all are still in their early stages, and Movant is unaware of discovery yet to be conducted in any of the Related Actions. Accordingly, centralization will allow a single judge to efficiently resolve common legal and factual issues and streamline discovery.

4.      The Western District of Pennsylvania offers a convenient location for the parties and witnesses. The Pittsburgh area offers convenient travel for parties and witnesses located across the United States. Three of the named Defendants are headquartered in Pennsylvania, more than in any other state where a Related Action is pending, and one is located within this District.

5.      In addition, docket conditions in the Western District of Pennsylvania are more favorable than those within jurisdictions in which the Related Actions are pending. The Western District of Pennsylvania has fewer pending cases, and, of those, the civil cases reach a disposition more quickly than the jurisdictions where the Related Actions have been filed.

6.      This Motion is based on the accompanying Memorandum of Law and Schedule of Related Actions that have been filed concurrently with this motion.

WHEREFORE, Movant respectfully requests that the Panel order that the Movant's Action and the Related Actions, as well as any case that may be subsequently filed asserting related or similar claims, be transferred to and centralized before the Honorable Marilyn J. Horan of the Western District of Pennsylvania for consolidated or coordinated pretrial proceedings.

Dated: July 21, 2025

Respectfully submitted,

_/s/ Gregory S. Asciolla_

Gregory S. Asciolla
Alexander E. Barnett
Theodore J. Salem-Mackall
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Kelly K. Iverson
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
(412) 322-9243
kelly@lcllp.com

Robert N. Peirce, III
D. Aaron Rihn
**ROBERT PEIRCE & ASSOCIATES P.C.**
437 Grant Street, Suite 1100
Pittsburgh, Pennsylvania 15219
(844) 383-0565
robpeirce@peircelaw.com
arihn@peircelaw.com

**_Attorneys for Movant_**