**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | MDL No. |

**SCHEDULE OF RELATED ACTIONS**

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiffs**: Joseph Santarlas<br><br>**Defendants:** Hoyt Archery, Inc.; Archery Trade Association, Inc.; Bowtech, Inc.; BPS Direct, LLC.; d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Jay's Sporting, Inc. d/b/a Jay's Sporting Goods; Kinsey's Outdoors, Inc; Lancaster Archery Supply, Inc.; Mathews Archery, Inc.; Neuintel LLC d/b/a Pricespider f/k/a Oris Intelligence; Precision Shooting Equipment, Inc; Trackstreet, Inc., | D. Utah | 2:25-cv-00436 (DBB) (DBP) | Hon. D. Barlow |
| B | **Plaintiff**: Erick Babst<br><br>**Defendants:** Archery Trade Association, Inc; Bowtech Inc.; BPS Direct, LLC d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Hoyt Archery, Inc.; Jay's Sporting Goods; Kinsey's Outdoors, Inc.; Lancaster Archery Supply, Inc.; Mathews Archer, Inc.; and Precision Shooting Equipment, Inc., | D. Minn. | 0:25-cv-02721-(LMP) (ECW) | Hon. L.M. Provinzino |

| C | **Plaintiff**: Alex Janochoski<br><br>**Defendants:**<br>Hoyt Archery, Inc.; Archery Trade Association, Inc.; Bowtech, Inc.; BPS Direct, LLC.; d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Jay's Sporting, Inc. d/b/a Jay's Sporting Goods; Kinsey's Outdoors, Inc; Lancaster Archery Supply, Inc.; Mathews Archery, Inc.; Neuintel LLC d/b/a Pricespider f/k/a Oris Intelligence; Precision Shooting Equipment, Inc; Trackstreet, Inc., | D. Minn. | 0:25-cv-02788-(LMP) (ECW) | Hon. L.M. Provinzino |
| D | **Plaintiff**: Hugh Hansen<br><br>**Defendants:**<br>Archery Trade Association, Inc.; Bowtech, Inc.; BPS Direct, LLC.; d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Hoyt Archery, Inc.; Jay's Sporting Goods; Kinsey's Outdoors, Inc; Lancaster Archery Supply, Inc.; Mathews Archery, Inc.; and Precision Shooting Equipment, Inc. | M.D. Tenn. | 3:25-cv-00779 | Hon. A.A. Trauger |

| E | **Plaintiff**: Gary T. Dunkin<br><br>**Defendants:**<br>Bowtech, Inc.; Hoyt Archery, Inc.; Mathews Archery, Inc.; Precision Shooting Equipment, Inc.;BPS Direct, LLC.; d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Jay's Sporting, Inc. d/b/a Jay's Sporting Goods; Kinsey's Outdoors, Inc; Lancaster Archery Supply, Inc.; Rogers Sporting Goods Holdings, Inc.; Trackstreet, Inc.; and Neuintel LLC, d/b/a Pricespider Holdings LLC f/k/a Oris Intelligence | W.D. Mo. | 4:25-cv-00546 (BP) | Hon. M.E. Phillips |
| F | **Plaintiff**: Matt Simcik<br><br>**Defendants:**<br>Archery Trade Association, Inc.; Bowtech, Inc.; BPS Direct, LLC.; d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Hoyt Archery, Inc.; Jay's Sporting Goods; Kinsey's Outdoors, Inc; Lancaster Archery Supply, Inc.; Mathews Archery, Inc.;<br>And Precision Shooting Equipment, Inc | D. Minn. | 25-cv-2875-(LMP)-(JFD) | Hon. L.M. Provinzino |

| G | **Plaintiff**: Shawn Butter  **Defendants:** Archery Trade Association, Inc.; Bowtech, Inc.; BPS Direct, LLC.; d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Hoyt Archery, Inc.; Jay's Sporting, Inc. d/b/a Jay's Sporting Goods; Kinsey's Outdoors, Inc; Lancaster Archery Supply, Inc.; Mathews Archery, Inc Neuintel LLC d/b/a Pricespider f/k/a Oris Intelligence; Precision Shooting Equipment, Inc; Trackstreet, Inc., | W.D. PA. | 2:25-cv-01004-(MJH) | Hon. M.J. Horan |
|---|---|---|---|---|