## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | MDL No. |

      In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned herby certifies that on July 21, 2025, a copy of the foregoing MOTION TO TRANSFER, SCHEDULE OF ACTIONS, AND CERTIFICATE OF SERVICE was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

      I further certify that on July 21, 2025, I caused the foregoing to be served via Electronic Mail and/or First-Class Mail on:

| *Santarlas v. Hoyt Archery, Inc., et al.*  No. 2:25-cv-00436-DBB-DBP (D. UT.) | |
|---|---|
| ***Via Electronic mail (except where First-Class Mail is indicated)*** | |
| **Plaintiffs' Counsel:** | **Defendants' Addresses:** |
| Jason L. Lichtman<br>**Lieff Cabraser Heimann & Bernstein, LLP**<br>250 Hudson Street<br>New York, NY 10013<br>(212) 355-9500<br>jlichtman@lchb.com<br><br>Gary I. Smith, Jr.<br>**Hausfeld LLP**<br>580 California Street, 12th Floor<br>San Francisco, CA 94101<br>(415) 633-1908<br>gsmith@hausfeld.com<br><br>David W. Kesselman<br>**Kesselman, Brantly, Stockinger LLP**<br>1230 Rosecrans Avenue, Suite 400<br>Manhattan Beach, CA 90266<br>(310) 307-4555<br>dkesselman@kbslaw.com<br><br>Joshua H. Grabar<br>**Graber Law Office**<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(267) 507-6085<br>jgrabar@grabarlaw.com | **Archery Trade Association, Inc.**<br>Bentley J. Tolk<br>PARR BROWN GEE & LOVELESS<br>101 South 200 E, STE 700<br>Salt Lake City, Utah 84111<br>(801) 532-7840<br>btolk@parrbrown.com<br><br>*Via First Class Mail:*<br>**BowTech, Inc.**<br>c/o National Registered Agents, Inc.<br>780 Commercial St., Ste. 100<br>Salem, Oregon 97301<br><br>**BPS Direct, LLC d/b/a Bass Pro Shops**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(20)2-637-2200<br>ben.smith@lw.com<br><br>**Cabela's LLC**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(202)-637-2200<br>ben.smith@lw.com |

**Dick's Sporting Goods, Inc.**
Brendan E. Ryan
KIRKLAND & ELLIS LLP
333 W Wolf Point Plz
Chicago, IL 60654
(312) 862-3620
brendan.ryan@kirkland.com

*Via First Class Mail:*
**Hoyt Archery, Inc.**
c/o Karen Griffin (Individual)
2150 S 1300 E, STE 450,
SALT LAKE CITY, UT, 84106

*Via First Class Mail:*
**Jay's Sports, Inc. d/b/a Jay's Sporting Goods**
c/o Thomas A. Basil, Jr.
5195 Hampton Place
Saginaw, MI 48604

*Via First Class Mail:*
**Kinsey's Outdoors, Inc.**
1660 Steelway Drive
Mount Joy, PA 17552

*Via First Class Mail:*
**Lancaster Archery Supply, Inc.**
21 Graybill Road
Leola, PA 17540

**Mathews Archery, Inc.**
Adam M. Pace
HATCH LAW GROUP
22 E 100 S STE 400
Salt Lake City, Utah 84111
801-869-1919
pace@hatchpc.com

Erik T. Koons
BAKER BOTTS LLP
700 K ST NW
Washington, DC 20001
(202) 639-7973
erik.koons@bakerbotts.com


*Via First Class Mail:*
**Neuintel LLC d/b/a Pricespider f/k/a Oris Intelligence**
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, CA 95833


*Via First Class Mail:*
**Precision Shooting Equipment, Inc.**
c/o A Registered Agent
8 The Green, Suite A
Dover, DE 19901


*Via First Class Mail:*
**TrackStreet, Inc.**
c/o Universal Registered Agents, Inc.
300 Creek View Road, Suite 209
Newark, DE 19711


*Via First Class Mail:*
**US District Court for the District of Utah**
Orrin G. Hatch, US Courthouse
351 SW Temple, Street
Salt Lake City, Utah 84101

| *Babst v. Archery Trade Association, Inc., et al.* No. 0:25-cv-02721 (D. MN.) | |
|---|---|
| *Via Electronic mail (except where First-Class Mail is indicated)* | |
| **Plaintiffs' Counsel:**<br><br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 So. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Fax: (612) 339-6622<br>dgustafson@gustafsongluek.com | **Defendants' Addresses:**<br><br>**Archery Trade Association, Inc.**<br>Bentley J. Tolk<br>PARR BROWN GEE & LOVELESS<br>101 South 200 E, STE 700<br>Salt Lake City, Utah 84111<br>(801) 532-7840<br>btolk@parrbrown.com<br><br>*Via First Class Mail:*<br>**BowTech, Inc.**<br>c/o National Registered Agents, Inc.<br>780 Commercial St., Ste. 100<br>Salem, Oregon 97301<br><br>**BPS Direct, LLC d/b/a Bass Pro Shops**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(20)2-637-2200<br>ben.smith@lw.com<br><br>**Cabela's LLC**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(202)-637-2200<br>ben.smith@lw.com |

**Dick's Sporting Goods, Inc.**
Brendan E. Ryan
KIRKLAND & ELLIS LLP
333 W Wolf Point Plz
Chicago, IL 60654
(312) 862-3620
brendan.ryan@kirkland.com

*Via First Class Mail:*
**Hoyt Archery, Inc.**
c/o Karen Griffin (Individual)
2150 S 1300 E, STE 450,
SALT LAKE CITY, UT, 84106

*Via First Class Mail:*
**Jay's Sports, Inc. d/b/a Jay's Sporting Goods**
c/o Thomas A. Basil, Jr.
5195 Hampton Place
Saginaw, MI 48604

*Via First Class Mail:*
**Kinsey's Outdoors, Inc.**
1660 Steelway Drive
Mount Joy, PA 17552

*Via First Class Mail:*
**Lancaster Archery Supply, Inc.**
21 Graybill Road
Leola, PA 17540

**Mathews Archery, Inc.**
Adam M. Pace
HATCH LAW GROUP
22 E 100 S STE 400
Salt Lake City, Utah 84111
801-869-1919
pace@hatchpc.com

|  | Erik T. Koons<br>BAKER BOTTS LLP<br>700 K ST NW<br>Washington, DC 20001<br>(202) 639-7973<br>erik.koons@bakerbotts.com<br><br>*Via First Class Mail:*<br>**Precision Shooting Equipment, Inc.**<br>c/o A Registered Agent<br>8 The Green, Suite A<br>Dover, DE 19901<br><br>*Via First Class Mail:*<br>**US District Court for the District of Minnesota**<br>Diana E. Murphy US Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, Minnesota 55415 |
|---|---|

| *Janochoski v. Hoyt Archery, Inc., et al.*  No. 0:25-cv-02788-LMP-ECW (D. MN.) | |
|---|---|
| ***Via Electronic mail (except where First-Class Mail is indicated)*** | |
| **Plaintiffs' Counsel:**<br><br>Heidi M. Silton<br>**Lockridge Grindal Nauen PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>hmsilton@locklaw.com | **Defendants' Addresses:**<br><br>**Archery Trade Association, Inc.**<br>Bentley J. Tolk<br>PARR BROWN GEE & LOVELESS<br>101 South 200 E, STE 700<br>Salt Lake City, Utah 84111<br>(801) 532-7840<br>btolk@parrbrown.com<br><br>*Via First Class Mail:*<br>**BowTech, Inc.**<br>c/o National Registered Agents, Inc.<br>780 Commercial St., Ste. 100<br>Salem, Oregon 97301<br><br>**BPS Direct, LLC d/b/a Bass Pro Shops**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(20)2-637-2200<br>ben.smith@lw.com<br><br>**Cabela's LLC**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(202)-637-2200<br>ben.smith@lw.com |

**Dick's Sporting Goods, Inc.**
Brendan E. Ryan
KIRKLAND & ELLIS LLP
333 W Wolf Point Plz
Chicago, IL 60654
(312) 862-3620
brendan.ryan@kirkland.com

*Via First Class Mail:*
**Hoyt Archery, Inc.**
c/o Karen Griffin (Individual)
2150 S 1300 E, STE 450,
SALT LAKE CITY, UT, 84106

*Via First Class Mail:*
**Jay's Sports, Inc. d/b/a Jay's Sporting Goods**
c/o Thomas A. Basil, Jr.
5195 Hampton Place
Saginaw, MI 48604

*Via First Class Mail:*
**Kinsey's Outdoors, Inc.**
1660 Steelway Drive
Mount Joy, PA 17552

*Via First Class Mail:*
**Lancaster Archery Supply, Inc.**
21 Graybill Road
Leola, PA 17540

**Mathews Archery, Inc.**
Adam M. Pace
HATCH LAW GROUP
22 E 100 S STE 400
Salt Lake City, Utah 84111
801-869-1919
pace@hatchpc.com

|  | Erik T. Koons<br>BAKER BOTTS LLP<br>700 K ST NW<br>Washington, DC 20001<br>(202) 639-7973<br>erik.koons@bakerbotts.com<br><br>*Via First Class Mail:*<br>**Neuintel LLC d/b/a Pricespider f/k/a Oris Intelligence**<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>*Via First Class Mail:*<br>**Precision Shooting Equipment, Inc.**<br>c/o A Registered Agent<br>8 The Green, Suite A<br>Dover, DE 19901<br><br>*Via First Class Mail:*<br>**TrackStreet, Inc.**<br>c/o Universal Registered Agents, Inc.<br>300 Creek View Road, Suite 209<br>Newark, DE 19711<br><br>*Via First Class Mail:*<br>**US District Court for the District of Minnesota**<br>Diana E. Murphy US Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, Minnesota 55415 |
|--|--|

| *Hansen v. Archery Trade Association, Inc., et al.* No. 3:25-cv-00779 (M.D. TN.) | |
|---|---|
| ***Via Electronic mail (except where First-Class Mail is indicated)*** | |
| **Plaintiffs' Counsel:** | **Defendants' Addresses:** |
| Charles Barrett<br>**CUNEO GILBERT & LADUCA, LLP**<br>4235 Hillsboro Pike<br>Suite 300<br>Nashville, TN 37215<br>Telephone: (615) 293-7375<br>cbarrett@cuneolaw.com | **Archery Trade Association, Inc.**<br>Bentley J. Tolk<br>PARR BROWN GEE & LOVELESS<br>101 South 200 E, STE 700<br>Salt Lake City, Utah 84111<br>(801) 532-7840<br>btolk@parrbrown.com<br><br>*Via First Class Mail:*<br>**BowTech, Inc.**<br>c/o National Registered Agents, Inc.<br>780 Commercial St., Ste. 100<br>Salem, Oregon 97301<br><br>**BPS Direct, LLC d/b/a Bass Pro Shops**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(20)2-637-2200<br>ben.smith@lw.com<br><br>**Cabela's LLC**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(202)-637-2200<br>ben.smith@lw.com |

**Dick's Sporting Goods, Inc.**
Brendan E. Ryan
KIRKLAND & ELLIS LLP
333 W Wolf Point Plz
Chicago, IL 60654
(312) 862-3620
brendan.ryan@kirkland.com

*Via First Class Mail:*
**Hoyt Archery, Inc.**
c/o Karen Griffin (Individual)
2150 S 1300 E, STE 450,
SALT LAKE CITY, UT, 84106

*Via First Class Mail:*
**Jay's Sports, Inc. d/b/a Jay's Sporting Goods**
c/o Thomas A. Basil, Jr.
5195 Hampton Place
Saginaw, MI 48604

*Via First Class Mail:*
**Kinsey's Outdoors, Inc.**
1660 Steelway Drive
Mount Joy, PA 17552

*Via First Class Mail:*
**Lancaster Archery Supply, Inc.**
21 Graybill Road
Leola, PA 17540

**Mathews Archery, Inc.**
Adam M. Pace
HATCH LAW GROUP
22 E 100 S STE 400
Salt Lake City, Utah 84111
801-869-1919
pace@hatchpc.com

|  | Erik T. Koons<br>BAKER BOTTS LLP<br>700 K ST NW<br>Washington, DC 20001<br>(202) 639-7973<br>erik.koons@bakerbotts.com<br><br>*Via First Class Mail:*<br>**Precision Shooting Equipment, Inc.**<br>c/o A Registered Agent<br>8 The Green, Suite A<br>Dover, DE 19901<br><br>*Via First Class Mail:*<br>**District Court for the Middle District of Tennessee**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, Tennessee 37203 |

| *Dunkin v. Bowtech, LLC et al.* No. 4:25-cv-00546-BP (W.D. MO.) | |
|---|---|
| **_Via Electronic mail (except where First-Class Mail is indicated)_** | |
| **Plaintiffs' Counsel:** | **Defendants' Addresses:** |
| Richard M. Paul III<br>**Paul LLP**<br>600 Broadway Boulevard, Suite 600<br>Kansas City, Missouri 64105<br>Telephone: (816) 984-8100<br>Facsimile: (816) 984-8101<br>rick@paulllp.com | **Archery Trade Association, Inc.**<br>Bentley J. Tolk<br>PARR BROWN GEE & LOVELESS<br>101 South 200 E, STE 700<br>Salt Lake City, Utah 84111<br>(801) 532-7840<br>btolk@parrbrown.com<br><br>*Via First Class Mail:*<br>**BowTech, Inc.**<br>c/o National Registered Agents, Inc.<br>780 Commercial St., Ste. 100<br>Salem, Oregon 97301<br><br>**BPS Direct, LLC d/b/a Bass Pro Shops**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(20)2-637-2200<br>ben.smith@lw.com<br><br>**Cabela's LLC**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(202)-637-2200<br>ben.smith@lw.com |

**Dick's Sporting Goods, Inc.**
Brendan E. Ryan
KIRKLAND & ELLIS LLP
333 W Wolf Point Plz
Chicago, IL 60654
(312) 862-3620
brendan.ryan@kirkland.com

*Via First Class Mail:*
**Hoyt Archery, Inc.**
c/o Karen Griffin (Individual)
2150 S 1300 E, STE 450,
SALT LAKE CITY, UT, 84106

*Via First Class Mail:*
**Jay's Sports, Inc. d/b/a Jay's Sporting Goods**
c/o Thomas A. Basil, Jr.
5195 Hampton Place
Saginaw, MI 48604

*Via First Class Mail:*
**Kinsey's Outdoors, Inc.**
1660 Steelway Drive
Mount Joy, PA 17552

*Via First Class Mail:*
**Lancaster Archery Supply, Inc.**
21 Graybill Road
Leola, PA 17540

**Mathews Archery, Inc.**
Adam M. Pace
HATCH LAW GROUP
22 E 100 S STE 400
Salt Lake City, Utah 84111
801-869-1919
pace@hatchpc.com

Erik T. Koons
BAKER BOTTS LLP
700 K ST NW
Washington, DC 20001
(202) 639-7973
erik.koons@bakerbotts.com

*Via First Class Mail:*
**Neuintel LLC d/b/a Pricespider f/k/a Oris Intelligence**
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Via First Class Mail:*
**Precision Shooting Equipment, Inc.**
c/o A Registered Agent
8 The Green, Suite A
Dover, DE 19901

*Via First Class Mail:*
**Rogers Sporting Goods Holdings, Inc.**
1760 N. Church Road
Liberty, Missouri 64068

*Via First Class Mail:*
**TrackStreet, Inc.**
c/o Universal Registered Agents, Inc.
300 Creek View Road, Suite 209
Newark, DE 19711

*Via First Class Mail:*
**U.S. District Court Western District of Missouri (Kansas City)**
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, Missouri 64106

| *Simcik v. Archery Trade Association, Inc., et al.* No. 0:25-cv-02875-LMP-JFD (D. MN.) | |
|---|---|
| ***Via Electronic mail (except where First-Class Mail is indicated)*** | |
| **Plaintiffs' Counsel:** | **Defendants' Addresses:** |
| Jon A. Tostrud<br>**TOSTRUD LAW GROUP, P.C.**<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 278-2600<br>Fax: (310) 278-2640<br>jtostrud@tostrudlaw.com | **Archery Trade Association, Inc.**<br>Bentley J. Tolk<br>PARR BROWN GEE & LOVELESS<br>101 South 200 E, STE 700<br>Salt Lake City, Utah 84111<br>(801) 532-7840<br>btolk@parrbrown.com<br><br>*Via First Class Mail:*<br>**BowTech, Inc.**<br>c/o National Registered Agents, Inc.<br>780 Commercial St., Ste. 100<br>Salem, Oregon 97301<br><br>**BPS Direct, LLC d/b/a Bass Pro Shops**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(20)2-637-2200<br>ben.smith@lw.com<br><br>**Cabela's LLC**<br>Benjamin L. Smith<br>LATHAM & WATKINS<br>555 Eleventh Street NW Ste 1000<br>Washington, DC 20004<br>(202)-637-2200<br>ben.smith@lw.com |

**Dick's Sporting Goods, Inc.**
Brendan E. Ryan
KIRKLAND & ELLIS LLP
333 W Wolf Point Plz
Chicago, IL 60654
(312) 862-3620
brendan.ryan@kirkland.com

*Via First Class Mail:*
**Hoyt Archery, Inc.**
c/o Karen Griffin (Individual)
2150 S 1300 E, STE 450,
SALT LAKE CITY, UT, 84106

*Via First Class Mail:*
**Jay's Sports, Inc. d/b/a Jay's Sporting Goods**
c/o Thomas A. Basil, Jr.
5195 Hampton Place
Saginaw, MI 48604

*Via First Class Mail:*
**Kinsey's Outdoors, Inc.**
1660 Steelway Drive
Mount Joy, PA 17552

*Via First Class Mail:*
**Lancaster Archery Supply, Inc.**
21 Graybill Road
Leola, PA 17540

**Mathews Archery, Inc.**
Adam M. Pace
HATCH LAW GROUP
22 E 100 S STE 400
Salt Lake City, Utah 84111
801-869-1919
pace@hatchpc.com

|  | Erik T. Koons<br>BAKER BOTTS LLP<br>700 K ST NW<br>Washington, DC 20001<br>(202) 639-7973<br>erik.koons@bakerbotts.com<br><br>*Via First Class Mail:*<br>**Precision Shooting Equipment, Inc.**<br>c/o A Registered Agent<br>8 The Green, Suite A<br>Dover, DE 19901<br><br>*Via First Class Mail:*<br>**U.S. District Court for the District of Minnesota**<br>Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, Minnesota 55415 |
|---|---|

| *Butter v. Archery Trade Association, Inc., et al.* No. 2:25-cv-01004-MJH (W.D. PA.) | |
|---|---|
| ***Via Electronic mail (except where First-Class Mail is indicated)*** | |
| **Plaintiffs' Counsel:** | **Defendants' Addresses:** |

**Plaintiffs' Counsel:**

Kelly K. Iverson (PA 307175)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
(412) 322-9243
kelly@lcllp.com

Gregory S. Asciolla
Alexander E. Barnett
Jonathan S. Crevier
Theodore J. Salem-Mackall
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
jcrevier@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Robert N. Peirce, III (PA 76130)
D. Aaron Rihn (PA 85752)
**ROBERT PEIRCE & ASSOCIATES P.C.**
437 Grant Street, Suite 1100
Pittsburgh, Pennsylvania 15219
(844) 383-0565
robpeirce@peircelaw.com
arihn@peircelaw.com

**Defendants' Addresses:**

**Archery Trade Association, Inc.**
Bentley J. Tolk
PARR BROWN GEE & LOVELESS
101 South 200 E, STE 700
Salt Lake City, Utah 84111
(801) 532-7840
btolk@parrbrown.com

*Via First Class Mail:*
**BowTech, Inc.**
c/o National Registered Agents, Inc.
780 Commercial St., Ste. 100
Salem, Oregon 97301

**BPS Direct, LLC d/b/a Bass Pro Shops**
Benjamin L. Smith
LATHAM & WATKINS
555 Eleventh Street NW Ste 1000
Washington, DC 20004
(20)2-637-2200
ben.smith@lw.com

**Cabela's LLC**
Benjamin L. Smith
LATHAM & WATKINS
555 Eleventh Street NW Ste 1000
Washington, DC 20004
(202)-637-2200
ben.smith@lw.com

**Dick's Sporting Goods, Inc.**
Brendan E. Ryan
KIRKLAND & ELLIS LLP
333 W Wolf Point Plz
Chicago, IL 60654
(312) 862-3620
brendan.ryan@kirkland.com

*Via First Class Mail:*
**Hoyt Archery, Inc.**
c/o Karen Griffin (Individual)
2150 S 1300 E, STE 450,
SALT LAKE CITY, UT, 84106

*Via First Class Mail:*
**Jay's Sports, Inc. d/b/a Jay's Sporting Goods**
c/o Thomas A. Basil, Jr.
5195 Hampton Place
Saginaw, MI 48604

*Via First Class Mail:*
**Kinsey's Outdoors, Inc.**
1660 Steelway Drive
Mount Joy, PA 17552

*Via First Class Mail:*
**Lancaster Archery Supply, Inc.**
21 Graybill Road
Leola, PA 17540

**Mathews Archery, Inc.**
Adam M. Pace
HATCH LAW GROUP
22 E 100 S STE 400
Salt Lake City, Utah 84111
801-869-1919
pace@hatchpc.com

| | Erik T. Koons |
|---|---|
| | BAKER BOTTS LLP |
| | 700 K ST NW |
| | Washington, DC 20001 |
| | (202) 639-7973 |
| | erik.koons@bakerbotts.com |
| | |
| | *Via First Class Mail:* |
| | **Neuintel LLC d/b/a Pricespider f/k/a Oris Intelligence** |
| | c/o CSC-Lawyers Incorporating Service |
| | 2710 Gateway Oaks Drive |
| | Sacramento, CA 95833 |
| | |
| | *Via First Class Mail:* |
| | **Precision Shooting Equipment, Inc.** |
| | c/o A Registered Agent |
| | 8 The Green, Suite A |
| | Dover, DE 19901 |
| | |
| | *Via First Class Mail:* |
| | **TrackStreet, Inc.** |
| | c/o Universal Registered Agents, Inc. |
| | 300 Creek View Road, Suite 209 |
| | Newark, DE 19711 |
| | |
| | *Via First Class Mail:* |
| | **District Court for the Western District of Pennsylvania** |
| | Joseph F. Weis, Jr. U.S. Courthouse |
| | 700 Grant Street |
| | Pittsburgh, PA 15219 |

Dated: July 21, 2025                    Respectfully submitted,

*/s/ Gregory S. Asciolla*

Gregory S. Asciolla
Alexander E. Barnett
Theodore J. Salem-Mackall
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Kelly K. Iverson
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
(412) 322-9243
kelly@lcllp.com

Robert N. Peirce, II
D. Aaron Rihn
**ROBERT PEIRCE & ASSOCIATES P.C.**
437 Grany Street, Suite 1100
Pittsburgh, Pennsylvania 15219
(844) 383-0565
Robpeirce@peircelaw.com
arihn@peircelaw.com

***Attorneys for Movants***