BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ARCHERY ANTITRUST LITIGATION | MDL No. 3160 |

### SAMUEL HERNANDEZ DIAZ AND LANE POZIVIAK'S JOINDER IN ERICK BABST'S RESPONSE TO MOTION TO TRANSFER OF RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS

Plaintiffs, Samuel Hernadnez Diaz and Lane Poziviak, by and through counsel, respectfully submit this Joinder in the Response to Motion to Transfer of Related Actions for Consolidated or Coordinated Pretrial Proceedings filed by Erick Babst (ECF No. 40), which requests centralization and transfer of the related actions to the District of Minnesota.

Dated: August 11, 2025

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

*/s/ Laura Mummert*
Laura Mummert
Steven J. Greenfogel
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Telephone: (267) 314-7980
lmummert@litedepalma.com
sgreenfogel@litedepalma.com

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Joseph J. DePalma
Bruce D. Greenberg
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
jdepalma@litedepalma.com
bgreenberg@litedepalma.com
cderenze@litedepalma.com

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ARCHERY ANTITRUST LITIGATION** | **MDL No. 3160** |

## PROOF OF SERVICE

I hereby certify that a copy of Samuel Hernandez Diaz and Lane Poziviak's Joinder in Erick Babst's Response to Motion to Transfer of Related Actions for Consolidated or Coordinated Pretrial Proceeding and this Proof of Service were served by e-mail and U.S. First Class Mail on August 11, 2025 to the following:

Dated: August 11, 2025

LITE DEPALMA GREENBERG & AFANADOR, LLC

*/s/ Laura Mummert*
Laura Mummert
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Telephone: (267) 314-7980
lmummert@litedepalma.com