BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | MDL No. 3160 |

**PLAINTIFF MATT SIMCIK'S JOINDER IN ERICK BABST'S RESPONSE TO MOTION TO TRANSFER OF RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

Plaintiff Matt Simcik ("Simcik"), by and through counsel, respectfully submits this Joinder in the Response to Motion to Transfer Related Actions for Consolidated or Coordinated Pretrial Proceedings filed by Erick Babst (ECF No. 40), which requests centralization and transfer of the related actions to the District of Minnesota.

Dated: August 13, 2025

Respectfully submitted,

/s/ *Jon A. Tostrud*
   Jon A. Tostrud
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Fax: (310) 278-2640
jtostrud@tostrudlaw.com

*Counsel for Plaintiff Matt Simcik and the Proposed Class*

1