BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | MDL No. 3160 |
|---|---|

**PLAINTIFF ANTHONY CAROLLO'S INTERESTED PARTY RESPONSE IN SUPPORT OF MOTION TO TRANSFER OF RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

Plaintiff Anthony Carollo respectfully submits this Interested Party Response to the Motion to Transfer of Related Actions for Consolidated or Coordinated Pretrial Proceedings filed by Plaintiff Shawn Butter (ECF No. 1). While Plaintiff Carollo does not dispute that transfer and consolidation of the related cases is appropriate, as Plaintiff Butter proposes, Plaintiff Carollo agrees with the submission by Plaintiff Gary Dunkin to this MDL (ECF. No. 22) that the Western District of Missouri makes the most sense as a transferor venue. The two largest and pivotal defendants are located there. The litigation has parties from across the country and Kansas City is literally in the center of the country. Most importantly, the judges assigned to the two cases filed in the Western District of Missouri notably appear to be the only cases among all the related cases that have been filed across the country to be assigned to judges with prior MDL experience.

As explained by Plaintiff Dunkin's submission, the Hon. Chief Judge Mary E. Phillips is an experienced MDL jurist who recently closed an MDL assigned to her and thus has capacity. In addition, Plaintiff Carollo submits that the Panel should consider the Hon. Stephen R. Bough, the judge assigned to Plaintiff Carollo's case.

The Hon. Stephen R. Bough has been a federal judge for over a decade and has significant and uniquely relevant antitrust class action experience. Recently, Judge Bough oversaw a large antitrust class action that involved challenges to the National Association of Realtors' promulgated rules, and various real estate firms' enforcement of those rules and communications on Multiple Listing Services. *See Burnett, et al. v. National Association of Realtors et al.*, No. 19-cv-332 (W.D. Mo.); *Gibson, et al. v. National Association of Realtors, et al.*, No. 23-cv-788 (W.D. Mo.). Judge Bough oversaw *Burnett* through a jury trial, while *Gibson* (along with other related actions) resulted in settlements during the pendency of a potential consolidation. *See In re Real Est. Comm'n Antitrust Litig.*, 732 F. Supp. 3d 1377, 1379-80 (J.P.M.L. 2024).

In addition to large antitrust class actions, Judge Bough's experience from *Burnett* and *Gibson* is particularly relevant because of the similar structure of defendants involved and facts at issue. Like *Burnett* and *Gibson*, this litigation involves a national association defendant (*i.e.,* Archery Trade Association, Inc. ("ATA")), communications and business dealings over message systems provided by the association (*i.e.,* ATA message boards and trade shows), and multiple defendants enforcing and steering the rules at issue (*e.g.,* Bass Pro Shops and Cabela's). Judge Bough's experience thus ensures a just and efficient resolution of these litigations because he has previously encountered many of the obstacles and disputes that are likely to arise, thereby also conserving the resources of the parties, their counsel, and the judiciary. *See In re National Prescription Opiate Litig.*, 290 F. Supp. 3d 1375, 1379 (J.P.M.L. 2017) (transferee judge selected because of prior judicial experience involving in cases of a similar nature); *In re: Flat Glass Antitrust*

*Litig. (No. II)*, 559 F. Supp. 2d 1407, 1408 (J.P.M.L. 2008) (transferee judge selected because of prior judicial experience and general familiarity with antitrust claims involving similar claims and facts).

      Judge Bough also has prior MDL experience. In fact, Judge Bough recently oversaw *In re: Smitty's CAM2 202 Tractor Hydraulic Fluid Mktg., Sales Practices & Products Liab. Litig.*, No. 4:20-md-02936 (W.D. Mo.), which was resolved in April of this year. Prior MDL experience is distinctly relevant for this litigation, which involves 13 Related Actions, over a dozen different defendants and even more plaintiffs located throughout the United States. Judge Bough is accordingly well-suited for this litigation, and his prior antitrust and MDL experience ensures his ability to steer this litigation on a prudent course. Thus, the Court should consolidate the Related Actions in the Western District of Missouri before the Hon. Stephen R. Bough.

Dated: August 20, 2025                             Respectfully submitted,

                                                       */s/Jason S. Hartley*
Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
101 W. Broadway, Ste 820
San Diego, CA 92101
(619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Attorneys for Plaintiff Anthony Carollo and the Proposed Class*