BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION | MDL No. 3160 |

### PLAINTIFF CHRISTOPHER FIORENTINO'S RESPONSE TO THE MOTION TO TRANSFER ACTIONS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff Christopher Fiorentino [1] respectfully submits this response to the Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings (the "Transfer Motion") pursuant to 28 U.S.C. § 1407.

The Joint Plaintiffs agree that transfer and centralization is appropriate for the Related Actions[2] and any future tag-along actions. However, as explained below, the Panel should transfer and centralize these actions in the District of Colorado or, alternatively, the District of Utah.

---

[1] *Fiorentino v. Hamskea Archery Sols. LLC et al.*, No. 1:25-cv-2834 (D. Colo. 2025).

[2] Related Actions include at least:

1. *Santarlas v. Hoyt Archery, Inc. et al.*, No. 25-cv-436 (D. Utah 2025).
2. *Babst v. Archery Trade Ass'n, Inc. et al.*, No. 25-cv-2721 (D. Minn. 2025).
3. *Janochoski v. Hoyt Archery, Inc. et al.*, No. 25-cv-2788 (D. Minn. 2025).
4. *Hansen v. Archery Trade Ass'n, Inc. et al.*, No. 25-cv-779 (M D. Tenn. 2025).
5. *Dunkin v. Bowtech, LLC et al.*, No. 25-cv-546 (W.D. Mo. 2025).
6. *Simcik v. Archery Trade Ass'n, Inc. et al.*, No. 25-cv-2875 (D. Minn. 2025).
7. *Butter v. Archery Trade Ass'n, Inc. et al.*, No. 25-cv-1004 (W.D. Pa. 2025).
8. *Close v. Hoyt Archery, Inc. et al.*, No. 25-cv-617 (D. Utah 2025).
9. *Hernandez Diaz v. Bowtech Inc. et al.*, No. 25-cv-4277 (E.D. Pa. 2025).
10. *Sabatini v. Hoyt Archery, Inc. et al.*, No. 25-cv-2355 (D. Colo. 2025).
11. *Vale v. Hoyt Archery, Inc. et al.*, No. 25-cv-3110 (D. Minn. 2025).
12. *Montpetit v. Hoyt Archery Inc. et al.*, No. 25-cv-653 (W.D. Wis. 2025).
13. *Swails v. Archery Trade Ass'n et al.*, No. 25-cv-3146 (D. Minn. 2025).
14. *Langley v. Bowtech Inc. et al.*, No. 25-cv-3190 (D. Minn. 2025).
15. *Goodall, et al. v. Hamskea Archery Sols. LLC et al.*, No. 25-cv-2506 (D. Colo. 2025).
16. *Milby v. Hamskea Archery Sols. LLC et al.*, No. 25-cv-2507 (D. Colo. 2025).
17. *Carollo v. Bowtech, LLC et al.*, No. 25-cv-631 (W.D. Mo. 2025).
18. *Swails v. Archery Trade Ass'n, Inc. et al.*, No. 25-cv-03146 (D. Minn. 2025).
19. *Reznich v. Archery Trade Ass'n, Inc. et al.*, No. 25-cv-03480 (D. Minn. 2025).

The District of Colorado is the best forum for this multi-district litigation for three reasons:

First, there is a growing consensus among the plaintiffs in the Related Action to centralize these proceedings in the District of Colorado. At least eight plaintiffs, including plaintiff Fiorentino, the first-filed action, and the first movant before this Panel agree that Colorado is the most appropriate forum. As a result of this coordination, plaintiffs in at least eight of the Related Actions now consent to centralization in the District of Colorado to streamline scheduling and discovery.

Second, the District of Colorado is the most convenient and accessible forum of any Related Action. It is home to a more significant air travel hub than either the District of Minnesota or the Western District of Missouri. Defendant Hamskea Archery Solutions LLC is headquartered near Denver, Colorado. Colorado is also a major state for archery and bowhunting, and it is home to USA Archery, the national governing body for Olympic and international archery competitions.

Third, the District of Colorado does not currently host an active MDL case. By contrast, Minnesota has more than one per judge. The District of Colorado has the judicial bandwidth to move a complex antitrust cartel case expeditiously.

---

20.   *Borrenson v. Archery Trade Ass'n et al.*, No. 25-cv-03578-LMP-ECW (D. Minn. 2025).

## CONCLUSION

For the foregoing reasons, the Plaintiff respectfully requests that the Panel transfer and centralize the Related Actions and any future tag-along actions in the District of Colorado.

Dated: September 15, 2025

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ Carl V. Malmstrom

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
(312) 984-0000
malmstrom@whafh.com

Thomas H. Burt
Lillian Grinnell
270 Madison Avenue
New York, NY 10016
(212) 545-4600
burt@whafh.com
grinnell@whafh.com

Fred T. Isquith, Sr.
**ISQUITH LAW PLLC**
103 East 84th Street
New York, New York 10028
Tel: (718) 775-6478
isquithlaw@gmail.com

Richard J. Vita
**VITA LAW OFFICES, P.C.**
100 State Street Suite 900
Boston, Massachusetts 02109
Tel: (617) 426-6566
rjv@vitalaw.com

*Attorneys for Plaintiff Fiorentino and the Proposed Class*