**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | MDL No. 3160 |

**MICHELLE MAY'S JOINDER IN ERICK BABST'S RESPONSE TO MOTION TO TRANSFER OF RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED <u>PRETRIAL PROCEEDINGS</u>**

Plaintiff Michelle May, by and through counsel, respectfully submits this Joinder in the Response to Motion to Transfer of Related Actions for Consolidated or Coordinated Pretrial Proceedings filed by Erick Babst (ECF No. 40), which requests centralization and transfer of the related actions to the District of Minnesota.

Dated: September 16, 2025

Respectfully submitted,
*/s/ Ellen G. Jalkut*
Ellen G. Jalkut
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
EJalkut@RobinsKaplan.com

Stacey P. Slaughter
**ROBINS KAPLAN LLP**
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
SSlaughter@RobinsKaplan.com

*Counsel for Plaintiff Michelle May*