**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | MDL No. 3160 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On October 16, 2025, the Panel transferred 7 civil action(s) to the United States District Court for the District of Colorado for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the District of Colorado. With the consent of that court, all such actions have been assigned to the Honorable Philip A. Brimmer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Colorado and assigned to Judge Brimmer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Colorado for the reasons stated in the order of October 16, 2025, and, with the consent of that court, assigned to the Honorable Philip A. Brimmer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Colorado. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION                MDL No. 3160

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **MINNESOTA** | | | |
| MN | 0 | 25−03110 | Vale v. Hoyt Archery, Inc. et al |
| MN | 0 | 25−03146 | Swails v. Archery Trade Association, Inc et al |
| MN | 0 | 25−03190 | Langley et al v. BowTech Inc. et al |
| MN | 0 | 25−03480 | Reznich v. Archery Trade Association, Inc et al |
| MN | 0 | 25−03578 | Borreson v. Archery Trade Association, Inc. et al |
| MN | 0 | 25−03651 | May v. Archery Trade Association, Inc. et al |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 25−00631 | Carollo v. Bowtech, LLC et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 5 | 25−04277 | HERNANDEZ DIAZ et al v. BOWTECH, INC. et al |
| **UTAH** | | | |
| UT | 2 | 25−00617 | Close v Hoyt Archery Inc et al |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 25−00653 | Montpetit, Brock v. Hoyt Archery, Inc. et al |